JUDGE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR05-0461-MJP-JPD |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER ON SECOND STIPULATED |
| ) | MOTION TO EXTEND TIME TO |
| LEONARDO JUAN LOPEZ-MARTINEZ, ) | FILE INDICTMENT |
| ) | |
| Defendant. ) | |

THE COURT having reviewed the stipulation of the parties finds that the reasons set forth for the requested 30 day extension to file an indictment against the defendant establish that the ends of justice served by granting the extension outweigh the best interests of the public and the defendant in a speedy trial.

IT IS THEREFORE ORDERED that the date on or before which an indictment in this case must be filed against the defendant shall be extended until March 23, 2006. It is further ordered that the period of delay from February 18, 2006 to March 23, 2006, is excludable time pursuant to Title 18 U.S.C. §§ 3161 through 3164.

DATED this 15th day of February, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER ON SECOND STIPULATED MOTION
TO EXTEND TIME TO FILE INDICTMENT - 1
(Leonardo Lopez-Martinez CR05-0461-JPD)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington 98101
(206) 553-1100

1 | Presented by:

2 | s/Timothy R. Lohraff, WSBA # 32145
3 | Assistant Federal Public Defender
   | Counsel for Defendant Leonardo Lopez-Martinez
4 | Federal Public Defender's Office
   | 1601 Fifth Avenue, Suite 700
5 | Seattle, WA   98101
   | (206) 553-1100
6 | Fax: (206) 553-0120
   | timothy_lohraff@fd.org
7 |
8 | s/Susan B. Dohrmann
   |   Assistant United States Attorney
9 |  (signature approved by telephone)
   |  Susan.Dohrmann@doj.gov

ORDER ON SECOND STIPULATED MOTION
TO EXTEND TIME TO FILE INDICTMENT - 2
(Leonardo Lopez-Martinez CR05-0461-JPD)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Ave., Suite 700
Seattle, Washington  98101
(206) 553-1100